No. 97. Roberts Sash & Door Co. *v.* United States. Argued December 11, 1930. Decided January 26, 1931. *Per Curiam:* Judgment affirmed. *United States* v. *John Barth Co.*, 279 U. S. 370. *Mr. Jesse I. Miller* for petitioner. *Assistant Attorney General Rugg*, with whom *Solicitor General Thacher* and *Messrs. Claude R. Branch*, Special Assistant to the Attorney General, *George H. Foster, Bradley B. Gilman*, and *H. Brian Holland* were on the brief, for the United States.

No. 546. Lamm *v.* Silver Falls Timber Co. Jurisdictional statement submitted January 19, 1931. Decided January 26, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan*, 192 U. S. 29; *Erie R. Co.* v. *Solomon*, 237 U. S. 427; *Zucht* v. *King*, 260 U. S. 174; *Sugarman* v. *United States*, 249 U. S. 182; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191. *Mr. Arthur I. Moulton* for appellant. *Messrs. I. H. Van Winkle, Charles A. Hart*, and *Charles E. McCulloch* for appellee.